# DOCUMENTS TO BE SEALED

## PLAINTIFF

-V-

## DEFENDANT

FILED
U.S. DISTRICT COURT
2019 NOV 18 PM
S.D. OF N.Y.

**DOCKET NUMBER:** 19 CV 10652

**DATE FILED:** NOV 1 8 2019

**SIGNED BY:** JUDGE GARDEPHE

**DATE SIGNED:** NOV 1 8 2019

### TO BE FILED UNDER SEAL:

_____ ENTIRE ACTION

✓ COMPLAINT / PETITION ONLY

✓ OTHER DOCUMENTS / EXHIBITS