Gardephe, P
Part 1

JUDGE FAILLA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x

RYAN STEPHENSON

- against -

UNITED STATES OF AMERICA

---------------------------------------x

19 CV 10652

Case No.

## [PROPOSED] ORDER GRANTING APPLICATION TO REDACT PORTIONS OF PETITION

Petitioner Ryan Stephenson wishes to file a redacted Petition for a writ of error *corum nobis* to vacate his 1999 guilty plea and conviction for conspiracy to commit bank fraud in the underlying case, 98 Cr. 637, on the basis of ineffective assistance of counsel. Included in Mr. Stephenson's Petition and supporting memorandum of law are discussions of the contents of Mr. Stephenson's May 14, 1999 Presentencing Report ("PSR"), which is nonpublic. Mr. Stephenson received a portion of his PSR by order of Judge P. Kevin Castel in response to a December 7, 2018 request made by his attorney so that he could use it to defend himself against removal from the United States. *See* 98 Cr. 637, Dkt. 79.

Based on the foregoing and for good cause appearing, Mr. Stephenson's application to redact references made to the PSR and its contents in his publicly filed Petition and supporting papers, including filing portions of the PSR as an exhibit under seal, is hereby **GRANTED**.

1. Mr. Stephenson is directed to file his Petition and supporting papers in redacted form on the Court's public docket.

2. Mr. Stephenson is directed to provide an unredacted version of his Petition and supporting papers to the Court and to provide an unredacted version of his Petition and supporting papers to counsel for the government.

**IT IS SO ORDERED.**

Dated: New York, New York
November 18, 2019

_____
UNITED STATES DISTRICT JUDGE
Part I