UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
RYAN STEPHENSON  :
:
   - against -  :   Case No.   19 Civ. 10652 (PKC)
:
UNITED STATES OF AMERICA  :
:
          Defendant.  :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**DECLARATION OF RYAN STEPHENSON IN SUPPORT OF HIS PETITION
FOR A WRIT OF ERROR *CORAM NOBIS***

    RYAN STEPHENSON declares, pursuant to 28 U.S.C. § 1746:

    1.  I am familiar with the facts and circumstances set forth herein through personal knowledge.  The statements in my Petition for a Writ of Error *Coram Nobis*, which is expressly incorporated into this declaration, are true to the best of my knowledge, information, and belief.

    2.  I declare under penalty of perjury that the foregoing is true and correct.


Executed: November 15, 2019
        New York, New York

                                                          _____
                                                            Ryan Stephenson