UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

RYAN STEPHENSON,

        Petitioner,

  -against-

UNITED STATES OF AMERICA,

        Respondent.

-----------------------------------------------------------X

19-cv-10652 (PKC)

ORDER

P. KEVIN CASTEL, U.S.D.J.:

        This Court, having received petition seeking a writ of error coram nobis, hereby ORDERS that:

        The United States Attorney for the Southern District of New York must respond within 60 days of service. The petitioner may file a reply within 14 days of the filing of the response.

        It is further ORDERED that the Clerk of Court transmit a copy of this Order and the petition to the United States Attorney for this District, Attention: Chief of the Civil Division.

        SO ORDERED.

                                    P. Kevin Castel
                                    United States District Judge

Dated: New York, New York
       December 16, 2019