UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

RYAN STEPHENSON,

                        Petitioner,

           -against-

UNITED STATES OF AMERICA,

                        Respondent.
---------------------------------------------------------X

|  |
|---|
| USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: <u>August 25, 2020</u> |

19-CV-10652 (KMW)

98-CR-637 (KMW)

**<u>ORDER</u>**

KIMBA M. WOOD, United States District Judge:

      On October 19, 2020, at 11 a.m., the Court will hold an evidentiary hearing on Petitioner's ineffective assistance of counsel claim. The hearing will be conducted by videoconference. The Court will provide the parties with dial-in information in a separate Order.

      The Government is directed to serve a copy of this Order on George Goltzer.

      Petitioner is directed to appear and testify by videoconference at the evidentiary hearing.

      George Goltzer is directed to appear and testify by videoconference at the evidentiary hearing.

      SO ORDERED.

Dated: New York, New York
       August 25, 2020

                                                    /s/ Kimba M. Wood
                                                  KIMBA M. WOOD
                                          United States District Judge