```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
RYAN STEPHENSON,
                                      Petitioner,


              -against-                                       ORDER
                                                              19 CV 10652 (KMW)
UNITED STATES OF AMERICA,                                     98 CR 637 (KMW)

                                      Respondent.
-----------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/13/20

KIMBA M. WOOD, District Judge:

The Court will hold a remote evidentiary hearing in the above-captioned case on Monday, October 19, 2020, at 11:00 a.m.

Members of the press and public who wish to hear the proceeding should dial 917-933-2166, and enter Conference ID number 847917912.

SO ORDERED.

Dated: New York, New York
       October 13, 2020

                                                    /s/ Kimba M. Wood
                                                    ————————————————
                                                    KIMBA M. WOOD
                                                    UNITED STATES DISTRICT JUDGE